1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3   State Bar #145790
   SCOTT D. WIENER, State Bar # 189266
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-4283
   Facsimile:     (415) 554-3837
7  E-Mail:        scott.wiener@sfgov.org

8  Attorneys for City and County of San Francisco,
   Lt. Ernie Ferrando, Officers George Perez, Thomas
9  Johnson, Robert Richins and Thomas Costello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CEDRICK PATTERSON | Case No. C05-4154 |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter.

The parties respectfully request that this case be dismissed with prejudice.

///

///

///

///

Request for Dismissal
USDC No. C05-4154 teh                                    1                              N:\LIT\LI2006\060334\00372750.DOC

1  ///

2  ///

3  Dated: _____05/10/06_____

4                                              -   Signed   -

5                          _____
                           BYRON C. THOMPSON
6                          Attorney for Cedrick Patterson

7

8

9  Dated: _____

10                         DENNIS J. HERRERA
                           City Attorney
11                         JOANNE HOEPER
                           Chief Trial Attorney
12                         SCOTT D. WIENER
                           Deputy City Attorney
13
                                              -   Signed   -
14                         By:_____
                           SCOTT D. WIENER
15                         Attorneys for Defendants,
                           City and County of San Francisco
16                         Lt. Ernie Ferrando, Officers George Perez, Thomas
                           Johnson, Robert Richins and Thomas Costello
17

18

19
                                    **ORDER**
20

21  **IT IS SO ORDERED:**

22  Dated: __07/24/06_____

23

24                         _____
                           THELTON E. HENDERSON
25                         United States District Judge

26

27

28

Request for Dismissal                              2                       N:\LIT\LI2006\060334\00372750.DOC
USDC No. C05-4154 teh